JOSEPHINE M. FAIRCHILD, Appellant, *v.* SCARSDALE ESTATES, Respondent, Impleaded with Others.

*Fairchild* v. *Scarsdale Estates*, 173 App. Div. 979, appeal dismissed.

(Argued October 10, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

May 12, 1916, which affirmed two orders of Special Term (1) granting leave to plaintiff to serve a second amended complaint upon payment of all costs to date, and the giving of a bond to pay interest and taxes on the $150,000 mortgage, and (2) denying plaintiff's motion to compel defendant, Scarsdale Estates, to receive plaintiff's first amended complaint in an action to foreclose a mortgage.

*Elmer E. Cooley* for appellant.

*William L. Rumsey* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Absent: WILLARD BARTLETT, Ch. J.